# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
### Assigned on Briefs April 22, 2008

## STATE OF TENNESSEE v. CHRISTOPHER SHANE POOLE

### Appeal from the Circuit Court for Dickson County
#### No. CR8729    Robert E. Burch, Judge

_____

### No. M2007-01041-CCA-R3-CD - Filed May 29, 2008

_____

JAMES CURWOOD WITT, JR., J., concurring.

        I fully concur in the excellent majority opinion. I would simply add that Tennessee commercial law supports the majority's conclusion that the payor bank held a valid claim against the defendant. Generally, "an unauthorized signature is ineffective except as the signature of the unauthorized signer in favor of a person who in good faith pays the instrument or takes it for value." T.C.A § 47-3-403(a) (2001).

_____

JAMES CURWOOD WITT, JR., JUDGE